THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED HERNANDEZ, Appellant.

Submitted November 28, 2016; decided December 15, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMA MCGHEE, Also Known as Izzy, Appellant.

Submitted August 22, 2016; decided December 15, 2016

Motion for reargument denied [see 27 NY3d 652 (2016)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL G. RODRIGUEZ, Appellant.

Submitted November 21, 2016; decided December 15, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

In the Matter of PAT SICA, Respondent, v THOMAS P. DINAPOLI, as State Comptroller, Appellant.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.